**Order filed, February 1, 2019.**



**In The**

# Fourteenth Court of Appeals
_____

## NO. 14-18-01091-CV
_____

**ARROWS UP, LLC, ARROWS UP, INC. AND JOHN ALLEGRETTI,**
**Appellant**

**V.**

**SANDBOX LOGISTICS, LLC AND SANDY CREEK CAPITAL, LLC,**
**Appellee**

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-03483**

---

## ORDER

The reporter's record in this case was due **January 30, 2019**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Cynthia Berry and Kimberly Kidd**, the court reporters, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM